# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   Case No. 2:16-cr-00076-APG-GWF
)
vs. )   **ORDER**
)
MONTEL THEOPOLIS JONES, )
)
        Defendant. )

This matter is before the Court on Defendant's Motion to Appoint Attorney to get off Supervised Release (ECF No. 5), filed on August 9, 2017. To date, no party has filed an opposition to this motion and the time for response has now expired. Defendant requests appointment of an attorney to get off of supervised release. Defendant is instructed to file a financial affidavit under seal with the Court. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Appoint Attorney to get off Supervised Release (ECF No. 5) is **granted.**

**IT IS FURTHER ORDERED** that this matter is referred to the Criminal Justice Act Panel for appointment of counsel, subject to Defendant filing an affidavit of financial conditions under seal with the Court. Appointed counsel shall enter an appearance in this matter by **September 27, 2017**.

DATED this 30th day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge